UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | |
| | § | CRIMINAL NO. 4:24-CR-580 |
| [1] Francisco Jaramillo-Valdovinos, *et al.* | § | |
| | § | |
| *Defendants.* | § | |

## **FINAL JOINT STATUS REPORT ON DISCOVERY**

Pursuant to the Court's order dated February 7, 2025 (Docket No. 233), this joint status report is filed by the United States and Defendants [9] Nabeel Iqbal, [11] Yossio Resendez, [12] Lorena Araquistain, [14] Victor Garcia-Cisneros, [16] Cliserio Najera-Valenzuela, [19] Abel Delgado-Rojas, [20] Rogelio Zuniga-Reyes, [24] Norberto Coronado, [26] Marcos Antonio Zapata, [29] Jose Hernandez-Olvera, and [31] Enio Gonzalez-Barreto, by and through their respective counsel.

## **Procedural Background**

On November 7, 2024, a sealed indictment was returned in this matter, charging 34 defendants in Count One with Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h). Several defendants were named on additional counts of Laundering Monetary Instruments, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2, and/or Possession with Intent to Distribute Cocaine/Heroin/Alprazolam, in violation of 21 U.S.C. § 841(a) and (b).

1

Beginning on or about January 23, 2025, all but 11 defendants[1] were arrested on the pending charges and either retained or were appointed counsel.

The Court designated the case complex on February 7, 2025, and vacated all dates in the scheduling order. The Court ordered the parties to submit a joint status report on discovery every 90 days, beginning in May 2025. Doc. No. 233. The parties filed the First Status Report on May 9, 2025, Doc. No. 284; the Second Status Report on August 7, 2025, Doc. No. 315; and the Third Status Report on November 5, 2025, Doc. No. 373.

### Status of Discovery

To facilitate the dissemination of discovery to court-appointed counsel in this complex, multi-defendant case, the Court appointed Russell M. Aoki of Aoki Law PLLC as the Coordinating Discovery Attorney on February 26, 2025. Docket No. 257. He agreed to provide the discovery to retained counsel if they provide him with blank drives.

To date, Mr. Aoki has received five rounds of general discovery from the United States, which he has prepared for dissemination to defense counsel.

All court-appointed counsel received all five rounds of general discovery from Mr. Aoki's firm. The following defendants currently have court-appointed counsel: [11] Yossio Resendez, [14] Victor Garcia-Cisneros, [16] Cliserio Najera-Valenzuela, [19] Abel Delgado-Rojas, [20]

---

[1] The 11 fugitive defendants are: [1] Francisco Jaramillo-Valdovinos; [2] Angelberto Quezada-Mejia; [3] FNU LNU a/k/a "Horacio;" [4] Alejandro Olmeda-Rodriguez; [5] Joel Quezada-Reyes; [6] David Mejia-Quezada; [7] Jaime Hugo Sanchez; [8] Diego Gonzalez-Rosales; [13] Aguileo Duarte-Chavez; [15] Primo Hernandez-Garcia; and [18] Juan Contreras-Morales.

Rogelio Zuniga-Reyes, [24] Norberto Coronado, [26] Marcos Antonio Zapata, [29] Jose Hernandez-Olvera, and [32] Brandy Nikoll Meadows.[2]

Retained counsel were invited to send drives to Mr. Aoki's firm for all rounds of discovery. The following defendants currently have retained counsel: [9] Nabeel Iqbal, [12] Lorena Araquistain, [21] Yonatan Duarte-Garcia, [31] Enio Gonzalez-Barreto, [33] Othoniel Gonzalez II, and [34] Cristian Alexis Garza.[3]

All retained counsel received the first round of production. Retained counsel for three defendants received all five rounds of production. Undersigned counsel for the United States recently sent a reminder to retained counsel that Mr. Aoki will provide all rounds of discovery if supplied with a blank drive.

### Conclusion

At this time, the Government does not anticipate any additional rounds of general discovery. To the extent that the need for supplemental discovery is issued, it will be limited in scope. The Government will continue to work with Mr. Aoki's firm and communicate often with defense counsel to ensure that both court-appointed and retained counsel have access to all discovery provided in this case.

The Government and all defense counsel listed in the Certificate of Conference below agree that discovery is this case is substantially complete and has been made available to all parties.

---

[2] Not including defendants who have been sentenced, entered a plea of guilty, or are scheduled to enter a plea of guilty.

[3] Not including defendants who have been sentenced, entered a plea of guilty, or are scheduled to enter a plea of guilty.

Therefore, the undersigned respectfully request that the Court impose a trial setting and trial-related deadlines in this matter at this time. To permit sufficient time for preparation of pretrial negotiations, discuss the possibility of resolution of the case by plea, and to prepare for trial in this complex multi-defendant case, the parties respectfully request that the Court set a trial date no earlier than **October 5, 2026**.

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

By:     */s/ Stephanie Bauman*
Stephanie Bauman
Sherin S. Daniel
Assistant United States Attorneys
U.S. Attorney's Office, S.D. Texas
Tel: (713) 567-9000

## CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to confer with all defense counsel of record in this case, with the exception of counsel for defendants who have been sentenced, entered a plea of guilty, or are scheduled to enter a plea of guilty. The counsel listed below have approved this status report and authorized the filing of the status report as joint.

Sina Zadeh
Counsel for [9] Nabeel Iqbal

Kimberly McTorry
Counsel for [11] Yossio Resendez

Stephen St. Martin and Matthew Leeper
Counsel for [12] Lorena Araquistain

J. A. Salinas
Counsel for [14] Victor Garcia-Cisneros

Ali Fazel
Counsel for [16] Cliserio Najera-Valenzuela

Tom Berg
Counsel for [19] Abel Delgado-Rojas

4

Mark Diaz
Counsel for [20] Rogelio Zuniga-Reyes

Anuj Shah
Counsel for [29] Jose Hernandez-Olvera

Judith Shields
Counsel for [24] Norberto Coronado

Mario Madrid
Counsel for [31] Enio Gonzalez-Barreto

Adrian Almaguer
Counsel for [26] Marcos Antonio Zapata

/s/ Stephanie Bauman
Stephanie Bauman
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served on all counsel of record upon filing with ECF.

/s/ Stephanie Bauman
Stephanie Bauman
Assistant United States Attorney